UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DEQ SYSTEMS, CORP., | ) | 2:12-CV-00442-MMD-RJJ |
| Plaintiff, | ) | |
| vs. | ) | <u>ORDER</u> |
| FLEXEDGE GAMING, LLC, | ) | |
| Defendant. | ) | |

This matter comes before undersigned Magistrate Judge on the Parties' Joint Discovery Plan and Proposed Scheduling Order (#23) filed August 9, 2012.

The Court having reviewed the Joint Discovery Plan and Proposed Scheduling Order, and good cause showing,

IT IS HEREBY ORDERED that the Joint Discovery Plan and Proposed Scheduling Order (#23) is **DENIED**.

IT IS FURTHER ORDERED that the Parties are instructed to submit a discovery plan that conforms to LR 16-1-1 et. seq. on or before **October 4, 2012**.

DATED this 25th day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge