UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| DEQ SYSTEMS, CORP., | ) | |
| Plaintiff, | ) | 2:12-cv-442-MMD-RJJ |
| vs. | ) | |
| FLEXEDGE GAMING, LLC., etc., | ) | O R D E R |
| Defendant, | ) | |
| AND RELATED COUNTERCLAIM. | ) | |

Upon review of this matter and good cause appearing therefore,

IT IS HEREBY ORDERED that Order (#29) is VACATED.

IT IS FURTHER ORDERED that the Joint Discovery Plan and Proposed Scheduling Order (#23) is GRANTED. The Court will enter a signed copy of said document.

DATED this 26th day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge