1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                        DISTRICT OF NEVADA
9                               * * *
10   DEQ SYSTEMS, CORP.,                )
                                        )
11              Plaintiff,              )        2:12-cv-442-MMD-RJJ
                                        )
12   vs.                                )
                                        )
13   FLEXEDGE GAMING, LLC., etc.,       )            O R D E R
                                        )
14              Defendant,              )
                                        )
15   AND RELATED COUNTERCLAIM.          )
                                        )
16
17        Upon review of this matter and good cause appearing therefore,

18        IT IS HEREBY ORDERED that Order (#29) is VACATED.

19        IT IS FURTHER ORDERED that the Joint Discovery Plan and Proposed Scheduling

20   Order (#23) is GRANTED. The Court will enter a signed copy of said document.

21        DATED this 26th day of September, 2012.

22
23
24        _____
          ROBERT J. JOHNSTON
25        United States Magistrate Judge
26
27
28