1  HOWARD & HOWARD ATTORNEYS, PLLC
   Richard H Newman, Esq.
2  State Bar No. 9943
3  Robert Rosenthal, Esq.
   State Bar No. 6476
4  3800 Howard Hughes Pkwy., Ste. 1000
   Las Vegas, NV 89169
5  (702) 257-1483
6  rnewman@howardandhoward.com
   rrosenthal@howardandhoward.com
7  *Attorneys for Plaintiff / Counter-Defendant*
8  *DEQ Systems Corp.*

9                    UNITED STATES DISTRICT COURT
10                         DISTRICT OF NEVADA
11
                                                              MMD-NJK
12  DEQ SYSTEMS CORP.              Case No.:  2:12-CV-0442 ~~RCJ-RJJ~~
13
            Plaintiff,
14
15     vs.                         **STIPULATION TO DISMISS *WITH***
                                   ***PREJUDICE***
16  FLEXEDGE GAMING, LLC.
17
            Defendant.
18  ─────────────────────────
    FLEXEDGE GAMING, LLC.
19
            Counter-Claimant,
20
21     vs.
22  DEQ SYSTEMS, CORP.
23
            Counter-Defendant.
24

25       Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and
26  through their attorneys of record, hereby stipulate and request that the above-captioned case be
27  dismissed in its entirety *with prejudice*. Each party is to bear its own attorneys' fees and costs,
28  except as otherwise agreed.

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this 11 day of June, 2013.

**HOWARD & HOWARD**

/s/ Robert L. Rosenthal
Robert L. Rosenthal, Esq.
3800 Howard Hughes Parkway, Ste. 1000
Las Vegas, NV 89169
(702) 257-1483
*Attorneys for DEQ*

**STOUT, UXA, BUYAN & MULLINS**

/s/ Robert D. Buyan
Robert D. Buyan, Esq.
4 Venture, Suite 300
Irvine, CA 92618-7384
(949)450-1750
*Attorneys for Flexedge*

**GORDON & SILVER**

Eric D. Hone
Eric D. Hone, Esq.
3960 Howard Hughes Pkwy., Ninth Floor
Las Vegas, NV 89169
(702)796-5555
*Attorneys for Flexedge*

**ORDER**

IT IS SO ORDERED.

Date: June 12, 2013

_____
UNITED STATES DISTRICT COURT JUDGE

Howard & Howard, Attorneys PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483