HOWARD & HOWARD ATTORNEYS, PLLC
Richard H Newman, Esq.
State Bar No. 9943
Robert Rosenthal, Esq.
State Bar No. 6476
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 257-1483
rnewman@howardandhoward.com
rrosenthal@howardandhoward.com
*Attorneys for Plaintiff / Counter-Defendant
DEQ Systems Corp.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEQ SYSTEMS CORP.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FLEXEDGE GAMING, LLC.<br><br>　　　　Defendant. | Case No.: 2:12-CV-0442 ~~RCJ-RJJ~~ MMD-NJK<br><br>**STIPULATION TO DISMISS *WITH PREJUDICE*** |
| FLEXEDGE GAMING, LLC.<br><br>　　　　Counter-Claimant,<br><br>vs.<br><br>DEQ SYSTEMS, CORP.<br><br>　　　　Counter-Defendant. | |

　　　　Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear its own attorneys' fees and costs, except as otherwise agreed.

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this 11 day of June, 2013.

**HOWARD & HOWARD**

/s/ Robert L. Rosenthal
Robert L. Rosenthal, Esq.
3800 Howard Hughes Parkway, Ste. 1000
Las Vegas, NV 89169
(702) 257-1483
*Attorneys for DEQ*

**STOUT, UXA, BUYAN & MULLINS**

/s/ Robert D. Buyan
Robert D. Buyan, Esq.
4 Venture, Suite 300
Irvine, CA 92618-7384
(949)450-1750
*Attorneys for Flexedge*

**GORDON & SILVER**

Eric D. Hone
Eric D. Hone, Esq.
3960 Howard Hughes Pkwy., Ninth Floor
Las Vegas, NV 89169
(702)796-5555
*Attorneys for Flexedge*

**ORDER**

IT IS SO ORDERED.

Date: June 12, 2013

_____
UNITED STATES DISTRICT COURT JUDGE